Gmail

## Subject: In re Eric R. Braverman, M.D., Case No. 25-12365 (JPM) Updated – IDI Date, Deadlines, Exhibits, Insurance, and Federal Tax Issues

---

**Eric Braverman** <pathmedical@gmail.com>                    Tue, Nov 18, 2025 at 11:17 AM
To: Eric Braverman <pathmedical@gmail.com>, Bankruptcy Mary Moroney <mary.moroney@usdoj.gov>, Bankruptcy
Siegel Rachael <rachael.E.Siegel@usdoj.gov>

Subject: In re Eric R. Braverman, M.D., Case No. 25-12365 (JPM) Updates  – IDI Date, Deadlines, Exhibits,
Insurance, and Federal Tax Issues

Dear Ms. Siegel, Ms. Moroney, and Ms. Vlasova:

To:

Rachael.E.Siegel@usdoj.gov

Mary.Moroney@usdoj.gov

Valentina.Vlasova@usdoj.gov


Dear Ms. Siegel, Ms. Moroney, and Ms. Vlasova:

Thank you for your emails.

---

## 1. IDI Date

I am available on both dates, but I respectfully prefer that the Initial Debtor Interview be held on December 2, 2025. I can make myself available at whatever time that day is most convenient for your office.

Because I have a documented fine-motor/handwriting disability (Dx F81.81) and hearing issues, I would appreciate any reasonable accommodations you are able to provide for the IDI (for example, remote participation and/or captioning), but I will of course cooperate with whatever format you normally use.

---

## 2. Deadlines and November 18 Guidance

I understand and acknowledge that the deadlines for my Schedules, SOFA, and related documents are set by the Court, as reflected in Docket No. 1.

My understanding—based on prior communications from Ms. Moroney—was that November 18, 2025 (see Exhibit A to my uploaded motion and exhibits for the 12/9 hearing) had been given to me as an administrative target date for getting materials in, at a time when staffing/funding issues limited your ability to coordinate directly with the Court. I relied on that guidance in good faith while also dealing with:

- the recent death and burial of my brother (California probate and burial arrangements), with no prior pre-arranged and no retained counsel at that point; and

- the complexity of his estate, where prior counsel attempted to charge double probate fees and seek waivers to appear before a judge who is a relative of a would-be counsel.

In light of this, I filed and submitted to chambers on November 10, 2025 a Motion for Emergency Stay, Reasonable Accommodations, and Limited Extension, together with a [Proposed] Order, Exhibit List, and exhibits. That motion requests, among other things, a brief extension of the compliance deadlines to December 21, 2025, pursuant to Fed. R. Bankr. P. 9006(b)(1), and reasonable accommodations under 29 U.S.C. § 794 (§ 504) because of my dysgraphia and hearing impairment.

I fully appreciate that only the Court can change the deadlines. The motion is directed to the Court for that reason; your email simply prompted me to clarify what has already been requested and why.

I also respectfully note that I was first given an administrative deadline of November 18, 2025, and then on November 10, 2025, the Clerk's Office advised me by phone that the original November 10 deadlines still controlled, which, in light of my disability, caused severe distress and forced me into a panicked rush to file this motion and exhibits.

In addition, I respectfully ask the Court (through my motion) to consider the confusion caused by the shifting dates. I was informed by the U.S. Trustee's office that, administratively, I had until November 18, 2025 to complete my filings. Relying on that representation, I reorganized my medical, academic, and personal commitments. Then, on November 10, 2025, a member of the Clerk's Office advised me by telephone that the original November 10 docket deadlines still controlled. As a pro se debtor with a documented fine-motor and hearing disability, this abrupt reversal left me effectively immobilized for the day, in a state of panic, and forced me to prepare and file this motion and the accompanying exhibits instead of attending prior commitments, including a veterans' dinner and other obligations. At a minimum, changing the practical deadline to November 18 and then reverting to November 10 without clear written notice raises serious fairness and due-process concerns and is inconsistent with the Rehabilitation Act's requirement of "meaningful access" for disabled litigants.

Finally, I ask the Court to take into account that I am proceeding pro se. The Supreme Court has long held that pro se filings must be liberally construed and held "to less stringent standards than formal pleadings drafted by lawyers." Haines v. Kerner, 404 U.S. 519, 520–21 (1972). The Second Circuit likewise instructs that courts owe "special solicitude" to pro se litigants in navigating procedural rules. See, e.g., Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 474–75 (2d Cir. 2006); Tracy v. Freshwater, 623 F.3d 90, 101–02 (2d Cir. 2010). In light of that special solicitude, my disability, and the confusion surrounding the November 18 versus November 10 dates, I respectfully submit that a brief extension and acceptance of my typed, electronically prepared filings are squarely within the Court's discretion under Rule 9006(b)(1).

## 3. Motion Exhibits and Docketing

Your email indicates that you received my letter-motion but not the referenced exhibits. Chambers staff (Karen, the bankruptcy case worker) informed me that the motion and exhibits would be uploaded and docketed; I now understand that the exhibits did not transmit to your office with the letter-motion.

To avoid any further confusion, I will:

- Re-send the Motion, [Proposed] Order, Exhibit List, and Exhibits as PDF attachments with this email; and
- Once they are docketed, rely on the docket as the official record.

For your convenience, the exhibits include, among other things:

- disability documentation and prior NYS accommodation approvals (typed format, auxiliary aids);
- documentation of my brother's death, burial, and California probate steps;
- DOJ/IRS lien packet related to 200 Chambers St. (potentially affecting estate property and federal notice issues);
- DIP account evidence, budgets, and bank statements; and
- a Con Edison dispute packet for the 26C/26D meters and building access problems.

## 4. Credit Counseling Certificate

I also completed the required pre-petition credit counseling with GreenPath, Inc. on November 13, 2025 at 2:18 PM EST, for the Southern District of New York, by telephone. I am attaching my Certificate of Counseling to this email. Please let me know if you need me to file this under a particular docket event in CM/ECF, or if transmitting it to your office is sufficient.

## 5. Status of Schedules/SOFA and Creditor Amendments

I am working diligently on accurate Schedules and a Statement of Financial Affairs, despite the complications caused by:

- my disability and the need to type and cross-check everything;
- stolen/missing tax returns and records from my residence; and
- ongoing problems at 200 Chambers (flooding, red-tagged stove and electric, blocked faucets and drains, and other damage caused or allowed by the condominium board and staff).

I am in the process of amending my creditor list to include the condominium board and management (for repeated flooding, damage, and interference with the apartment) and Con Edison (for actions and threats that I believe violate the automatic stay and the priority and fairness rules of the Bankruptcy Code). Early next week, I intend to file a motion seeking to stay any threatened electric shutoff and related misconduct by Con Edison and other parties, so that the estate and my medical practice are not destroyed during this Chapter 11 proceeding. I understand that such contested issues are for the Court to decide, not the U.S. Trustee, but I want your office to be fully informed of what is happening and of my intention to address it promptly by appropriate motion.

## 6. Insurance Requirements

I am reviewing the UST Operating Guidelines and insurance requirements. My estate currently has very limited cash (approximately $300–$500), and I am requesting a temporary accommodation while I work to obtain affordable coverage.

I have attached the building's master flood policy for 200 Chambers Street and I am requesting from FirstService the building's master hazard/property policy as well. I understand that I must instruct any carrier to list the "United States Trustee – Region 2" as a Certificate Holder, and I will do so immediately once a policy can be issued. At this time, due to financial hardship and the ongoing habitability and access issues with the condominium, I am unable to bind a personal HO-6 policy until the building allows inspections and utilities to be restored.

Please let me know if this satisfies the interim insurance requirement under the Guidelines, and if any additional documents are needed prior to the IDI.

## 7. Federal Tax Lien / Foreclosure Issues and Referral Request

I provided you extensive evidence that Morgan Stanley Private Bank, N.A. did not, as required, protect or pay the IRS during foreclosure on 200 Chambers. If, upon review, you find reasonable grounds to believe that federal tax liens were ignored or discharged without proper statutory notice or procedure—already admitted in part by Morgan Stanley Private Bank, N.A.—it cannot be cured nunc pro tunc (see 26 U.S.C. § 7425; 26 C.F.R. § 301.7425-3; 28 U.S.C. § 2410).

I respectfully request that, if you find reasonable grounds, you refer the matter to the United States Attorney under 18 U.S.C. § 3057 and 28 U.S.C. § 586(a)(3)(F). DOJ possesses the litigating authority over United States interests (28 U.S.C. § 516). Additionally, given the United States' statutory priority (31 U.S.C. § 3713), any improper divestment of federal claims warrants review.

For ease of reference, the key authorities include:

- 26 U.S.C. § 7425 – A foreclosure or similar sale can discharge a federal tax lien only if proper notice is given to the United States; otherwise the lien generally survives.

- 26 C.F.R. § 301.7425-3 – Details the notice requirements for non-judicial sales; notice to the wrong office is ineffective.

- 28 U.S.C. § 2410 – Allows the United States to be named in foreclosure/quiet-title actions when it has a lien; governs how the U.S. must be joined/served.

- 31 U.S.C. § 3713 (Federal Priority Statute) – Outside bankruptcy, U.S. claims receive priority when a debtor is insolvent.

- 28 U.S.C. § 516 – Litigation in which the United States has an interest is reserved to DOJ (AG/US Attorneys).

- 18 U.S.C. § 3057 – If a judge, receiver, or trustee has reasonable grounds to believe a bankruptcy-related offense occurred, they must report to the U.S. Attorney.

- 28 U.S.C. § 586(a)(3)(F) – The U.S. Trustee has a duty to refer criminal matters to the U.S. Attorney.

## 8. Government Shutdown / General Orders (for context)

As you know, federal appropriations lapsed on October 1, 2025. The SDNY Bankruptcy Court issued General Orders M-656 and M-657, staying certain matters and tolling deadlines for the United States and the U.S. Trustee during the funding lapse.

I understand these orders do not automatically extend the Debtor's deadlines (MORs, schedules/supplements, insurance proofs, etc.). They protect UST/USA timing and stay matters where USA/IRS/agency is a party. That is why I requested relief under Fed. R. Bankr. P. 9006(b)(1), rather than assuming an automatic extension.

## 9. Good-Faith Cooperation

To summarize:

1. I request December 2, 2025 for the IDI.

2. I have filed a motion asking the Court for a short extension to December 21, 2025 and reasonable accommodations under § 504 and Rule 9006(b)(1).

3. I am re-sending the exhibits and attaching my Credit Counseling Certificate so your office has a complete packet pending docketing.

4. I will continue to work in good faith to complete and, as needed, amend my Schedules, SOFA, and creditor list as quickly as I can, notwithstanding my disability and the unusual complexity of the situation.

5. I am requesting a brief accommodation on insurance while I work to obtain an affordable HO-6 policy.

6. I respectfully ask that the U.S. Trustee review the foreclosure and tax-lien issues and make a referral if appropriate.

Thank you for your time, and for your patience with a pro se debtor who is disabled, recently bereaved, and trying to navigate both this Chapter 11 case and a difficult home/utility situation at the same time. Please let me know if December 2 works for your office and whether you would prefer the exhibits as a single combined PDF or as separate files.

10. Insurance Documentation (Interim Compliance):

Attached are the building's master Property Insurance, Liability Insurance, Umbrella, Boiler/Mechanical, Crime, and Flood Insurance policies for 200 Chambers Street, as issued through SterlingRisk, Travelers, Continental Casualty, Transportation Insurance Company, XL Insurance America, National General, and Integon National Insurance Company. These documents confirm active coverage for the building from 10/01/2025–10/01/2026, including flood coverage of $60,750,000, property coverage of $143,903,040, boiler/mechanical coverage, and umbrella liability limits of $75,000,000. As an interim matter, and in light of my current financial hardship and the condominium's refusal to permit access and inspection of my unit, I respectfully request that these master policies satisfy the UST's immediate insurance requirement until I am able to bind an individual HO-6 policy. I will instruct any eventual carrier to list the "United States Trustee – Region 2" as Certificate Holder.

## ✔ FLOOD INSURANCE

- National General / Integon

- Policy limit: $61,500,000 building + $100,000 contents

- Deductible: $1,250

- Policy term: 10/01/2024–10/01/2025 and renewed to 2026

- Flood Zone AE (high-risk zone)

## ✔ PROPERTY INSURANCE

- Travelers / Transportation Insurance
- Policy limit: $143,903,040
- Flood sublimit: $1,000,000
- Wind: Included
- Building ordinance & law: Included

## ✔ LIABILITY INSURANCE

- Continental Casualty, Travelers, XL Insurance
- General Liability: $1,000,000 per occurrence
- General Aggregate: $2,000,000
- Umbrella: $75,000,000

## ✔ BOILER & MACHINERY (EQUIPMENT BREAKDOWN)

- Policy number 7034445955
- Included in master property coverage

## ✔ CRIME INSURANCE

- Policy number 106811275
- Employee theft coverage: $2,000,000

## ✔ MEMORANDUM FROM FIRSTSERVICE

- Confirms flood insurance uploaded and active
- Confirms building is insured through SterlingRisk
- Confirms master policy renewal

**Meaning:**

The building is fully insured for all property, liability, boiler, flood, ordinance & law, and crime exposures.

My HO-6 policy only insures your unit's interior and is blocked right now because the building refuses entry, clears the meter room, blocks Con Edison, etc.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

CPLR § 2106 + 28 U.S.C. § 1746)

This declaration is made pursuant to 28 U.S.C. § 1746 and New York CPLR § 2106, and may be used in any Federal or State proceeding as permitted by law.

Executed electronically on November 17, 2025, in New York, New York.

/s/ Eric R. Braverman, M.D.

Eric R. Braverman, M.D.

Debtor-in-Possession

Case No. 25-12365 (JPM)

200 Chambers Street, Apt. 26C & D

New York, NY 10007

Email: pathmedical@gmail.com

Phone: (347) 304-1815

WARNING: The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are a patient, communicating to this Provider via email implies your agreement to email communication. This communication and attachments may contain privileged or confidential information intended for a specific individual and purpose, and is legally protected by law. If you are not the intended recipient, you should delete this communication and shred documents/attachments. You are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on this communication is strictly prohibited. Although this message and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage in any way from its use.

Attachments you'll add now:

- Exhibit A (email showing Nov. 18 date)

# 25-12365(JPM)  Inbox

**Moroney, Mary (US...**  Nov 4    

to me, Mary ⌄

# Good Afternoon Mr  Braverman,

## The Telephonic IDI is scheduled for November 24, 2025 @ 10:30 a.m. Documents and forms are due on November 18 , 2025. Please email all documents and form to me.   The call in number 888-330-1716 and the participant is 8899654.   Please forward these attachment to the Debtor soon as possible.

In addition,  you  must be provided with proof that the required insurance is being maintained.  In fulfillment of this requirement, the debtor shall provide the us with a copy of the first pay of the binder of all policies .  A certificate of insurance from the insurance agent must be provided, indicating the expiration date of each policy and

# Regards,

# Mary

*Mary Moroney*

*Bankruptcy Analyst*

*U.S. Department of Justice*

Office of the United States Trustee – NY Office

Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Telephone: (212) 510-0500 Ext 235

Fax Number (212) 668-2361

- Motion + Proposed Order (Nov. 10 filing) & Exhibit List 11/10/2025 motion uploaded Memorandum of law  on shut down
- GreenPath Certificate of Counseling (11/13/25)
- Insurance documents (master flood policy; hazard policy)

Certificate Number: 01401-NYS-CC-040308376



01401-NYS-CC-040308376

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 13, 2025, at 2:18 o'clock PM EST, Eric Braverman received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:   November 13, 2025              By:    /s/Victor Ruiz

                                       Name:   Victor Ruiz

                                       Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

**ACORD®**

# CERTIFICATE OF PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 10/6/2025 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| SterlingRisk<br>135 Crossways Park Drive<br>P.O. Box 9017<br>Woodbury NY 11797 | PHONE (A/C, No, Ext): 800-767-7837 | | FAX (A/C, No): 516-487-0372 |
| | E-MAIL ADDRESS: request@sterlingrisk.com | | |
| | PRODUCER CUSTOMER ID. 200CHAM-01 | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED<br>200 Chambers Street Condominium<br>c/o FirstService Residential<br>575 Fifth Avenue 9th Floor<br>New York NY 10017 | INSURER A : Travelers Casualty Insurance Company of America | | 19046 |
| | INSURER B : Transportation Insurance Company | | 20494 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: 238294475 | REVISION NUMBER: |
|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Location: 200 Chambers Street, New York, NY 10007

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | | LIMITS |
|---|---|---|---|---|---|---|---|---|
| B | X PROPERTY | | 7034445965 | 10/1/2025 | 10/1/2026 | X | BUILDING | $ 143,903,040 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 1,000,000 |
| | BASIC | BUILDING $25,000 | | | | X | BUSINESS INCOME | $ 4,854,002 |
| | BROAD | CONTENTS | | | | | EXTRA EXPENSE | $ |
| | X SPECIAL | | | | | | RENTAL VALUE | $ |
| | X EARTHQUAKE | $25,000 | | | | | BLANKET BUILDING | $ |
| | X WIND | | | | | | BLANKET PERS PROP | $ |
| | X FLOOD | $60,750,000 | | | | | BLANKET BLDG & PP | $ |
| | | | | | | X | Earthquake | $ 50,000,000 |
| | X Repl Cost | | | | | X | Flood | $ 1,000,000 |
| | INLAND MARINE | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| A | X CRIME | | 106811275 | 10/1/2025 | 10/1/2026 | X | Employee Theft | $ 2,000,000 |
| | TYPE OF POLICY | | | | | X | Deductible | $ 10,000 |
| | | | | | | | | $ |
| B | X BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | 7034445965 | 10/1/2025 | 10/1/2026 | X | Limit | $ INCLUDED |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Building Ordinance & Law. Undamaged Insured Property & ICC & Demo Included / Total Number of Units: 243

Wind Coverage: Limit: $143,903,040; Deductible $25,000

Flood Coverage:
See Attached.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Information Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS<br><br>AUTHORIZED REPRESENTATIVE |

© 1995-2015 ACORD CORPORATION. All rights reserved.

ACORD 24 (2016/03)          The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: 200CHAM-01

LOC #:

# ACORD® ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | NAMED INSURED |
|---|---|
| SterlingRisk | 200 Chambers Street Condominium |
| **POLICY NUMBER** | c/o FirstService Residential<br>575 Fifth Avenue 9th Floor<br>New York NY 10017 |
| **CARRIER** | **NAIC CODE** | **EFFECTIVE DATE:** |

## ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: 24   FORM TITLE: CERTIFICATE OF PROPERTY INSURANCE

SPECIAL CONDITIONS

National General Insurance Company - Policy #0002446055- 10/1/2025-10/1/2026 / Flood Zone AE
Building Limit: $60,750,000 - Deductible: $1,250
Contents Limit: $100,000 - Deductible: $1,250
Evidence of Insurance.

---

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 10/6/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: |
|---|---|
| SterlingRisk<br>135 Crossways Park Drive<br>P.O. Box 9017<br>Woodbury NY 11797 | PHONE (A/C, No, Ext): 800-767-7837   FAX (A/C, No): 516-487-0372 |
| | E-MAIL ADDRESS: request@sterlingrisk.com |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED 200 Chambers Street Condominium<br>c/o FirstService Residential<br>575 Fifth Avenue 9th Floor<br>New York NY 10017 | INSURER A : Continental Casualty Company | 20443 |
| | INSURER B : Travelers Casualty Insurance Company of America | 19046 |
| 200CHAM-01 | INSURER C : XL Insurance America, Inc. | 24554 |
| | INSURER D : Transportation Insurance Company | 20494 |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES   CERTIFICATE NUMBER: 1176423111   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| D | X COMMERCIAL GENERAL LIABILITY | | | 6050307210 | 10/1/2025 | 10/1/2026 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 15,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | 6050569275 | 10/1/2025 | 10/1/2026 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| C | X UMBRELLA LIAB X OCCUR | | | AUR0503089-05 | 10/1/2025 | 10/1/2026 | EACH OCCURRENCE | $ 75,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 75,000,000 |
| | DED X RETENTION $ 10,000 | | | | | | See Layers below | |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N | | | | | | PER STATUTE | OTH-ER |
| | ANYPROPRIETOR/PARTNER EXECUTIVE | | | | | | E.L. EACH ACCIDENT | $ |

| | | | | | | E L. DISEASE - EA EMPLOYEE | $ |
|---|---|---|---|---|---|---|---|
| (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | Directors & Officers Liability Managing Agent Rider Included Crime | | 106811275 | 10/1/2025 | 10/1/2026 | Limit Retention Employee Theft Limit | $1,000,000 $10,000 $2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Location: 200 Chambers Street, New York, NY 10007- Total # of Units: 243

Umbrella Layers:
$25,000,000 - XL Insurance America, Inc.- Policy # AUR0503089
$15,000,000 xs $25,000,000 - Liberty Insurance Underwriters Inc.- Policy #1000346727-07-79947
$10,000,000 xs $40,000,000 - Continental Indemnity Company -Policy #JCI25XANN-03411-02-79947
$15,000,000 xs $50,000,000 - Westchester Fire Insurance Company -Policy #G48839009001-79947
$10,000,000 xs $65,000,000 - XL Insurance America, Inc. Policy #AUR0600000-05-79947
See Attached...

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Information Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. <br><br> AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

---

AGENCY CUSTOMER ID: 200CHAM-01

LOC #:

# ADDITIONAL REMARKS SCHEDULE          Page  1  of  1

| AGENCY SterlingRisk | NAMED INSURED 200 Chambers Street Condominium c/o FirstService Residential 575 Fifth Avenue 9th Floor New York NY 10017 |
|---|---|
| POLICY NUMBER | |
| CARRIER | NAIC CODE | |
| | EFFECTIVE DATE |

ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER:  25  FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

Total - $75,000,000

Umbrella includes Directors & Officers Liability as underlying policy

Evidence of Insurance.



FirstService
RESIDENTIAL

# MEMORANDUM

DATE:          September 20, 2024

TO:        All Unit Owners, 200 Chambers Street

FROM:    **Building Management**

SUBJECT: **Flood Insurance Update**

_____

Dear Unit Owners,

We are pleased to inform you that the updated Flood Insurance Policy Certificate for the period 10/01/2024 to 10/01/2025 term has been successfully uploaded to the BuildingLink Library for your reference.

For your convenience, we have also attached an electronic copy of the certificate below.

Should there be any questions or concerns, please feel free to contact us, the building management team:

Kristina Tabala, Assistant Property Manager: Kristina.Tabala@FSResidential.com
Jorge Rodriguez, Property Manager: Jorge.Rodriguez@FSResidential.com.

Sincerely,

*Kristina Tabala*

**Kristina Tabala**
Assistant Property Manager
200 Chambers Street Condominium
C/O FirstService Residential NY
575 5th Avenue 9th FL
New York, NY 10017

FirstService Residential New York, Inc.
575 Fifth Ave. | 9° Floor | New York, NY 10017
Tel 212 634 8900 | Fax 212 634 3946

NATIONAL GENERAL
an Allstate company

STERLINGRISK
PO BOX 9017
WOODBURY NY 11797

SEPTEMBER 05, 2024


200 CHAMBERS STREET CONDOMINIUM
C/O FIRSTSERVICE RESIDENTIAL
575 5TH AVENUE FLOOR 9
NEW YORK NY 10017-2429



Insured(s)       200 CHAMBERS STREET CONDOMINIUM
Property Location  200 CHAMBERS ST
                   NEW YORK, NY 10007-1131

## *Flood Insurance Policy Packet*

**This packet includes:**

- **Your Flood Insurance Declarations Page**
- **A National Flood Insurance Program Summary of Coverage**
- **Claims Guidelines In Case of a Flood**

If you would like to electronically view or print a copy of the Standard Flood Insurance Policy, please visit

SEPTEMBER 05, 2024

200 CHAMBERS STREET CONDOMINIUM
C/O FIRSTSERVICE RESIDENTIAL
575 5TH AVENUE FLOOR 9
NEW YORK NY 10017-2429



Policy Number       0002446055

Insured(s)       200 CHAMBERS STREET CONDOMINIUM
Property Location  200 CHAMBERS ST
                   NEW YORK, NY 10007-1131

## *Flood Insurance Policy Packet*

**This packet includes:**

- **Your Flood Insurance Declarations Page**
- **A National Flood Insurance Program Summary of Coverage**
- **Claims Guidelines In Case of a Flood**

If you would like to electronically view or print a copy of the Standard Flood Insurance Policy, please visit https://Nationalgeneral.manageflood.com, click View Important Flood Documents link and select from the list of documents. Your consent to this policy delivery option is assumed, unless you contact us to request a mailed or e-mailed copy of the policy.

If you would like a copy of the Standard Flood Insurance Policy e-mailed or mailed to you, please contact our customer service team at 866-535-7417 or nationalgeneral@torrentcorp.com

### Important Information About The National Flood Insurance Program

Federal law requires insurance companies that participate in the National Flood Insurance Program to provide you with the enclosed Summary of Coverage. It's important to understand that the Summary of Coverage provides only a general overview of the coverage afforded under your policy. You will need to review your flood insurance policy Declarations Page, and any applicable endorsements for a complete description of your coverage. The enclosed Declarations Page indicates the coverage you purchased, your policy limits and the amount of your deductible.

You will soon receive additional information about the National Flood Insurance Program. This information will include a Claims Handbook, a history of flood losses that have occurred on your property as contained in FEMA's data base, and an acknowledgement letter.

If you have any questions about your flood insurance policy, please contact your agent or your insurance company.

## CLAIM GUIDELINES IN CASE OF A FLOOD

For the protection of you and your family, the following claim guidelines are provided by the National Flood Insurance Program (NFIP). If you are ever in doubt as to what action is needed, consult your insurance representative.

Insurance Agent  STERLINGRISK

Agent's Phone Number  (516) 487-0300

• Notify us or your insurance agent, in writing, as soon as possible after the flood

• Your claim will be assigned to an NFIP certified adjuster

• Identify the claims adjuster assigned to your claim and contact him or her if you have not been contacted within 24 hours after you reported the claim to your insurance representative

• As soon as possible, separate damaged property from undamaged property so that damage can be inspected and evaluated

• To help the claims adjuster, take photographs of the outside of the premises showing the flooding and the damage and photographs of the inside of the premises showing the height of the water and the damaged property

• Place all account books, financial records, receipts, and other loss verification material in a safe place for examination and evaluation by the claims adjuster

• Work cooperatively with the claims adjuster to promptly determine and document all claim items. Be prepared to advise the claims adjuster of the cause and responsible party(ies) if the flooding resulted from other than natural cause

• Make sure that the claims adjuster fully explains, and that you fully understand, all allowances and procedures for processing claim payments. This policy requires you to send us a signed and sworn-to, detailed proof of loss within 60 days after the loss

• Any and all coverage problems and claim allowance restrictions must be communicated directly from the NFIP. Claims adjusters are not authorized to approve or deny claims, their job is to report to the NFIP on the elements of flood cause and damage

## CLAIM GUIDELINES IN CASE OF A FLOOD

For the protection of you and your family, the following claim guidelines are provided by the National Flood Insurance Program (NFIP). If you are ever in doubt as to what action is needed, consult your insurance representative.

Insurance Agent  STERLINGRISK

Agent's Phone Number  (516) 487-0300

• Notify us or your insurance agent, in writing, as soon as possible after the flood

• Your claim will be assigned to an NFIP certified adjuster

• Identify the claims adjuster assigned to your claim and contact him or her if you have not been contacted within 24 hours after you reported the claim to your insurance representative

• As soon as possible, separate damaged property from undamaged property so that damage can be inspected and evaluated

• To help the claims adjuster, take photographs of the outside of the premises showing the flooding and the damage and photographs of the inside of the premises showing the height of the water and the damaged property

evaluation by the claims adjuster

• Work cooperatively with the claims adjuster to promptly determine and document all claim items. Be prepared to advise the claims adjuster of the cause and responsible party(ies) if the flooding resulted from other than natural cause

• Make sure that the claims adjuster fully explains, and that you fully understand, all allowances and procedures for processing claim payments. This policy requires you to send us a signed and sworn-to, detailed proof of loss within 60 days after the loss

• Any and all coverage problems and claim allowance restrictions must be communicated directly from the NFIP Claims adjusters are not authorized to approve or deny claims; their job is to report to the NFIP on the elements of flood cause and damage

At our option, we may accept an adjuster's report of the loss instead of your proof of loss The adjuster's report will include information about your loss and the damages to your insured property

Page 2 of 2

# NATIONAL GENERAL

## Allstate

| | | |
|---|---|---|
| STERLINGRISK | **NFIP Policy Number:** | 0002446055 |
| PO BOX 9017 | **Company Policy Number:** | 0002446055 |
| WOODBURY NY 11797 | **Agent:** | STERLINGRISK |
| | **Payor:** | INSURED |
| **Agency Phone:** (516) 487 0300 | **Policy Term:** | 10/01/2024 12 01 AM  10/01/2025 12 01 AM |
| | **Policy Form:** | RCBAP |
| | **To report a claim visit or call us at:** | https //Nationalgeneral managedflood com (888) 598 0296 |

## RENEWAL FLOOD INSURANCE POLICY DECLARATIONS
### NATIONAL FLOOD INSURANCE PROGRAM

| **DELIVERY ADDRESS** | **INSURED NAME(S) AND MAILING ADDRESS** |
|---|---|
| 200 CHAMBERS STREET CONDOMINIUM | 200 CHAMBERS STREET CONDOMINIUM |
| C/O FIRSTSERVICE RESIDENTIAL | C/O FIRSTSERVICE RESIDENTIAL |
| 575 FIFTH AVENUE 9TH FLOOR | 575 FIFTH AVENUE 9TH FLOOR |
| NEW YORK, NY 10017 | NEW YORK NY 10017 |

| **COMPANY MAILING ADDRESS** | **INSURED PROPERTY LOCATION** | |
|---|---|---|
| INTEGON NATIONAL INSURANCE COMPANY | 200 CHAMBERS ST | |
| PO BOX 912063 | NEW YORK, NY 10007-1131 | |
| DENVER CO 80291-2063 | | |
| | **BUILDING DESCRIPTION:** | ENTIRE RESIDENTIAL CONDOMINIUM BLDNG |
| | **BUILDING DESCRIPTION DETAIL:** | N/A |
| **RATING INFORMATION** | | |
| **BUILDING OCCUPANCY** RESIDENTIAL CONDOMINIUM BUILDING | **REPLACEMENT COST VALUE** | $124,905,290 00 |
| **NUMBER OF UNITS:** 246 UNITS | **DATE OF CONSTRUCTION** | 01/01/2007 |
| **PRIMARY RESIDENCE** NO | **CURRENT FLOOD ZONE:** | AE |
| **PROPERTY DESCRIPTION:** BASEMENT (NON ELEVATED) 30 FLOOR(S) FRAME CONSTRUCTION | **FIRST FLOOR HEIGHT (FEET):** | 1 5 |
| **PRIOR NFIP CLAIMS** 0 CLAIM(S) | **FIRST FLOOR HEIGHT METHOD** | ITEM DETERMINED |

MORTGAGEE / ADDITIONAL INTEREST INFORMATION

| | |
|---|---|
| FIRST MORTGAGEE | LOAN NO  NA |
| SECOND MORTGAGEE | LOAN NO  NA |
| ADDITIONAL INTEREST | LOAN NO  NA |
| DISASTER AGENCY | CASE NO  NA |
| | DISASTER AGENCY   NA |

RATE CATEGORY --  RATING ENGINE

**COVERAGE   DEDUCTIBLE**
BUILDING:  $61,500,000   $1,250
CONTENTS:  $100,000   $1,250

COVERAGE LIMITATIONS MAY APPLY SEE YOUR POLICY FORM FOR DETAILS
Please review the declaration page for accuracy. If any changes are needed, contact your agent.
Notes: The "FULL RISK PREMIUM" is for this policy term only...
change in the rating elements. Your property's NFIP flood cla...
please contact your agency. "MITIGATION DISCOUNTS" may apply if there are approved flood vents and/or the...

**COMPONENTS OF TOTAL AMOUNT DUE**

| | |
|---|---|
| BUILDING PREMIUM | $69,066.00 |
| CONTENTS PREMIUM | $438.00 |
| INCREASED COST OF COMPLIANCE (ICC) PREMIUM | $75.00 |
| MITIGATION DISCOUNT | $0.00 |
| COMMUNITY RATING SYSTEM REDUCTION | $0.00 |

• To help the claims adjuster, take photographs of the outside of the premises showing the flooding and the damage and photographs of the inside of the premises showing the height of the water and the damaged property

• Place all account books, financial records, receipts, and other loss verification material in a safe place for examination and evaluation by the claims adjuster

• Work cooperatively with the claims adjuster to promptly determine and document all claim items. Be prepared to advise the claims adjuster of the cause and responsible party(ies) if the flooding resulted from other than natural cause

• Make sure that the claims adjuster fully explains, and that you fully understand, all allowances and procedures for processing claim payments. This policy requires you to send us a signed and sworn to, detailed proof of loss within 60 days after the loss

• Any and all coverage problems and claim allowance restrictions must be communicated directly from the NFIP. Claims adjusters are not authorized to approve or deny claims, their job is to report to the NFIP on the elements of flood cause and damage

At our option, we may accept an adjuster's report of the loss instead of your proof of loss. The adjuster's report will include information about your loss and the damages to your insured property

Page 2 of 2

NATIONAL GENERAL
An Allstate

STERLINGRISK
PO BOX 9017
WOODBURY NY 11797

Agency Phone   (516) 487-0300

| | |
|---|---|
| NFIP Policy Number | 0002446055 |
| Company Policy Number | 0002446055 |
| Agent | STERLINGRISK |
| Payor | INSURED |
| Policy Term | 10/01/2024 12:01 AM  10/01/2025 12:01 AM |
| Policy Form | RCBAP |
| To report a claim visit or call us at | https://Nationalgeneral.manageflood.com (888) 598-0296 |

**RENEWAL FLOOD INSURANCE POLICY DECLARATIONS**
NATIONAL FLOOD INSURANCE PROGRAM

DELIVERY ADDRESS                    INSURED NAME(S) AND MAILING ADDRESS



*Confidentiality:*

*This e-mail and any attachments may contain privileged or sensitive information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, distribution, dissemination, or action taken in relation to the contents of this e-mail and any of its attachments is strictly prohibited and may be unlawful. If you have received this e-mail in error, please permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments.*

**Region 2 USTP Authorized Depository Institutions.pdf**
112K

200 CHAMBERS STREET CONDOMINIUM
C/O FIRSTSERVICE RESIDENTIAL
575 FIFTH AVENUE 9TH FLOOR
NEW YORK, NY 10017

C/O FIRSTSERVICE RESIDENTIAL
575 FIFTH AVENUE 9TH FLOOR
NEW YORK, NY 10017



**COMPANY MAILING ADDRESS**
INTEGON NATIONAL INSURANCE COMPANY
PO BOX 912063
DENVER, CO 80291-2063

**INSURED PROPERTY LOCATION**
200 CHAMBERS ST
NEW YORK, NY 10007-1131

| | |
|---|---|
| BUILDING DESCRIPTION | ENTIRE RESIDENTIAL CONDOMINIUM BUILDING |
| BUILDING DESCRIPTION DETAIL | N/A |

**RATING INFORMATION**

| | | | |
|---|---|---|---|
| BUILDING OCCUPANCY | RESIDENTIAL CONDOMINIUM BUILDING | REPLACEMENT COST VALUE | $124,905,290.00 |
| NUMBER OF UNITS | 246 UNITS | DATE OF CONSTRUCTION | 01/01/2007 |
| PRIMARY RESIDENCE | NO | | |
| PROPERTY DESCRIPTION | BASEMENT (NON ELEVATED): 30 FLOOR(S); FRAME CONSTRUCTION | CURRENT FLOOD ZONE | AE |
| | | FIRST FLOOR HEIGHT (FEET) | 1.5 |
| PRIOR NFIP CLAIMS | 0 CLAIM(S) | FIRST FLOOR HEIGHT METHOD | FEMA DETERMINED |

**MORTGAGEE / ADDITIONAL INTEREST INFORMATION**

| | | |
|---|---|---|
| FIRST MORTGAGEE | | LOAN NO: N/A |
| SECOND MORTGAGEE | | LOAN NO: N/A |
| ADDITIONAL INTEREST | | LOAN NO: N/A |
| DISASTER AGENCY | | CASE NO: N/A |
| | | DISASTER AGENCY: N/A |

**RATE CATEGORY — RATING ENGINE**

|  | COVERAGE | DEDUCTIBLE |
|---|---|---|
| BUILDING: | $61,500,000 | $1,250 |
| CONTENTS: | $100,000 | $1,250 |

COVERAGE LIMITATIONS MAY APPLY. SEE YOUR POLICY FORM FOR DETAILS.
Please review this declaration page for accuracy. If any changes are needed, contact your agent.
Notes: The "FULL RISK PREMIUM" is for this policy term only. It is subject to change annually if there is any
change in the rating elements. Your property's NFIP flood claims history can affect your premium. For questions
please contact your agency. "MITIGATION DISCOUNTS" may apply if there are approved flood vents and/or the
machinery & equipment is elevated appropriately. To learn more about your flood risk, please visit
FloodSmart.gov/floodcosts.

**COMPONENTS OF TOTAL AMOUNT DUE**

| | |
|---|---|
| BUILDING PREMIUM | $69,066.00 |
| CONTENTS PREMIUM | $438.00 |
| INCREASED COST OF COMPLIANCE (ICC) PREMIUM | $75.00 |
| MITIGATION DISCOUNT | ($0.00) |
| COMMUNITY RATING SYSTEM REDUCTION | ($0.00) |
| FULL RISK PREMIUM | $69,579.00 |
| ANNUAL INCREASE CAP DISCOUNT | ($0.00) |
| STATUTORY DISCOUNTS | ($0.00) |
| DISCOUNTED PREMIUM | $69,579.00 |
| RESERVE FUND ASSESSMENT | $12,524.00 |
| HFIAA SURCHARGE | $250.00 |
| FEDERAL POLICY FEE | $2,232.00 |
| PROBATION SURCHARGE | $0.00 |
| TOTAL ANNUAL PREMIUM | $84,585.00 |

IN WITNESS WHEREOF, I have signed the policy below and enter in to this Insurance Agreement

*Peter Randall / President*            *Julie E. Cho / Secretary*

This declarations page along with the Standard Flood Insurance Policy Form constitutes your flood insurance policy

**Zero Balance Due - This Is Not A Bill**

Policy issued by:    INTEGON NATIONAL INSURANCE COMPANY        Insurer NAIC Number:        29742

File: 30975735        Page 1 of 1            DocID: 242719742

Printed 09/05/2024

---

**Siegel, Rachael E. (USTP)** <Rachael.E.Siegel@usdoj.gov>        Tue, Nov 18, 2025 at 11:24 AM
To: Eric Braverman <pathmedical@gmail.com>, "Moroney, Mary (USTP)" <Mary.Moroney@usdoj.gov>, "Vlasova,
Valentina (USTP)" <Valentina.Vlasova@usdoj.gov>

Thank you, Dr. Braverman. We are reviewing these submissions. I am adding Ms. Vlasova to this
chain so she can discuss the logistics for the IDI with you.

Best,

**Rachael E. Siegel**

Trial Attorney

Department of Justice

Office of the United States Trustee

Alexander Hamilton Custom House

One Bowling Green, Suite 534

New York, NY 10004

Office: 212-510-0509

Cell: 202-525-9227

---

**Vlasova, Valentina (USTP)** <Valentina.Vlasova@usdoj.gov>        Tue, Nov 18, 2025 at 12:04 PM
To: Eric Braverman <pathmedical@gmail.com>

Good morning, Mr. Braverman,

I can offer you 03:30 p.m. on December 2nd. Once you confirm, I will send you Teams link with all login information. You can activate live captions in Teams for your convenience.

For documents submitted:

1. No proof of dully established Debtor-In-Possession account was provided. Attaching list of authorized depositories for your convenience.

Note: Wells Fargo account x6340 is in the name of Place for Achieving Total Health.

2. Copies of Federal Income Tax returns including all schedules and attachments for the three (3) year prior to the petition filing were not provided.


Regards,


*Valentina Vlasova, MBA, CPA*

*Auditor (Bankruptcy)*

*U.S. Department of Justice / United States Trustees*

*ph.: 212-510-0513*

*Alexander Hamilton Custom House*

*One Bowling Green, Room 534*